JAMES A. GONIEA (State Bar No. 170849)
Wiggin and Dana LLP
Two Liberty Place
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
Telephone (215) 988-8317
jgoniea@wiggin.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPRINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOCTORS ASSOCIATE'S INC.,<br><br>Defendant. | No. 2:13-CV-00143-MCE-KJN<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to its obligations under Fed. R. Civ. P. 7.1, defendant Doctor's Associates, Inc. states that it has no parent corporations, and no publicly held company owns 10% or more of its stock.

DEFENDANT
DOCTOR'S ASSOCIATES INC.

Dated: February 20, 2013

By:    /s/ James Goniea

James Goniea (CA Bar No. 170849)
Wiggin and Dana LLP
Two Liberty Place
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
Telephone (215) 988-8317
jgoniea@wiggin.com

Attorney for Defendant

5063/505/2843443.1