JAMES A. GONIEA (State Bar No. 170849)
Wiggin and Dana LLP
Two Liberty Place
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
Telephone (215) 988-8317
jgoniea@wiggin.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPRINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOCTOR'S ASSOCIATES INC.,<br><br>Defendant. | No. 2:13-CV-00143-MCE-KJN<br><br>STIPULATION PURSUANT TO CIVIL LOCAL RULE 144(a) FOR EXTENSION OF TIME TO ANSWER COMPLAINT |

## **STIPULATION**

Pursuant to Eastern District of California Civil Local Rule 144(a), Defendant Doctor's Associates Inc. ("DAI") and plaintiff Richard Springer, individually and on behalf of all others similarly situated (collectively "the Parties"), stipulate to a 28 day extension of time for DAI to respond to the class action complaint.[1]

---

[1] DAI has also filed unopposed motions for Extension of Time and to Stay Proceedings in this case. DAI filed the Unopposed Motion for Extension of Time because the hearing date on the Motion to Stay Proceedings is beyond the 28 day stipulated extension by the Parties.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: February 19, 2013 | | By: ___/s/ James Goniea___ |
| | | James Goniea (State Bar No. 170849)<br>Attorney for Defendant |
| | | Respectfully submitted, |
| Dated: February 19, 2013 | | By: _/s/ Todd M. Friedman (with permission)_ |
| | | Todd M. Friedman (SBN 216752)<br>Attorney for Plaintiff |

**IT IS SO ORDERED.**

Dated: February 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE